# United States Court of Appeals
## FOR THE EIGHTH CIRCUIT

_____

No. 06-4162

_____

United States of America,                    *
                                             *
                Appellee,                    *
                                             *   Appeal from the United States
        v.                                   *   District Court for the
                                             *   Western District of Arkansas.
Delmar Phillips,                             *
                                             *        [UNPUBLISHED]
                Appellant.                   *

_____

Submitted:   November 21, 2007
    Filed:   November 29, 2007

_____

Before WOLLMAN, COLLOTON, and BENTON, Circuit Judges.

_____

PER CURIAM.

        Delmar Phillips conditionally pleaded guilty to possessing more than 50 grams of actual methamphetamine with intent to distribute, in violation of 21 U.S.C. § 841(a)(1). The district court[1] sentenced him to 120 months in prison, the statutory minimum, and 5 years of supervised release. On appeal, his counsel has filed a brief under Anders v. California, 386 U.S. 738 (1967), and has moved to withdraw. For the reasons discussed below, we affirm, and we grant counsel's withdrawal motion.

_____

        [1]The Honorable Robert T. Dawson, United States District Judge for the Western District of Arkansas.

First, law enforcement officers' knowledge from a records check that Phillips was driving with a suspended license gave them probable cause to arrest him. The arrest, in turn, gave the officers authority to conduct a search of Phillips's person incident to the arrest. Thus, the district court correctly denied his motion to suppress the drugs seized from his person. See United States v. Jones, 479 F.3d 975, 978 (8th Cir. 2007). Second, the district court lacked authority to sentence Phillips below the 10-year statutory minimum. See United States v. Gregg, 451 F.3d 930, 937 (8th Cir. 2006); United States v. Chacon, 330 F.3d 1065, 1066 (8th Cir. 2003).

Finally, having found no nonfrivolous issues after reviewing the record independently under Penson v. Ohio, 488 U.S. 75 (1988), we affirm the judgment of the district court and grant counsel's motion to withdraw.

_____